85 F.3d 635
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
Gary v. JERNIGAN, Plaintiff,
and
Jimmie Osborne, Gary V. Jernigan, Darrell Jones, James
Noonkester, John Michael Draper, Leonzo Zoria, Weldon Eugene
Wiggins, II, John Myers, Richard L. Coleman, Hector David
Castro, Rosevelt Owens, Darnell Morris, Robert Edward
Marshall, Frederick Karl Jost, Darryl Ezell, Eduardo
Echevarria, Lewis Wilson, George C. Danapoulous, Ronald
Sneed, Carl E. Perkins, Gary Cruz, Charles J. Mauldin, Aaron
Briggs, Eddie W. Cano, Charles Jordan, Jerry Johnson, Omar
Antonio Ontiveros, Anthony Gary Aldatz, Michael F. Mora,
Linda Charlot, Charles Robert Turner, Macarthur Rumbles,
Gary D. Poindexter, Robert E. Kirkwood, Ellis E. Williams,
Eduardo Canedo Garcia, Joe Adams, Michael Seaton, Ronnie
Loven Edwards, Raul Perez, Leslie Buckner, Gregory Allen
Chavers, Rodney Baylis, Rufus A. Avent, Jose R. Delgado,
Rodney Winslow, Carolyn Torrence, Antoine Melancon, Larry
Travis, Plaintiffs-Appellants,
v.
STATE OF CALIFORNIA; James H. Gomez; Wayne Estelle,
General Manager, Prison Industry Authority; Jan Winter,
Asst. General Manager of Operations, Prison Industry Board;
Ray Brown, Production Manager II, Prison Industry Authority;
Prison Industry Authority; Joella Fazio; David King;
William Allen; John Babich; Robert Burton; Leonard
Greenstone; William Saracino; Thomas Wornham,
Defendants-Appellees.
Gaylin BURLESON, Plaintiff,
and
Ross Washington, Jose Valenzuela, John Elliott, John D.
Gann, Frank Buffalino, David A. Yates, Michael W. Woods,
Charles J. Mauldin, Dwight A. Staten, Buck E. Nettles, Lewis
Wilson, Emil J. Ekdahl, Carl J. McCormick, Karluk M.
Mayweathers, Jorge Macado, Shirley Maddox, Quinton Shorter,
Carlos Joy, James Basil Goodrum, Joseph C. Weir, Kenneth R.
Walton, Harold Nord, Webster Salasker Lucas, Terry Bowen,
Elmer Sieli, M.G. Taylor, Howard Jackson, Plaintiffs-Appellants,
v.
STATE OF CALIFORNIA, Prison Industry Authority, Defendants-Appellees.
 Nos. 95-16190, 95-16191, 95-16420, 95-16421 to 95-16425,
95-16427 to 95-16464, 95-16526 to 95-16549,
95-16555, 95-16573, 95-16574, 95-16716,
95-16718 and 95-16719.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted March 13, 1996.
Decided May 8, 1996.
 
 Before: Thompson, Kleinfeld, and TASHIMA, Circuit Judges.
 
 
 1
 MEMORANDUM*
 
 
 2
 Plaintiffs in these consolidated appeals appeal from the order of the district court granting summary judgment to defendants. These appeals present the same issues decided today by our opinion in Syrovatka v. State of California, No. 95-16188, --- F.3d ---- (9th Cir.1996). Accordingly, for the reasons stated in Syrovatka, the judgment is AFFIRMED.
 
 
 
 *
 This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir.R. 36-3